### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15-cv-1100-SLD-TSH |
| v. | ) | |
| | ) | |
| CITY OF PEORIA, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Christopher Coleman, plaintiff-appellant in the above-named case, by his attorneys, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order and final judgment of the United States District Court, Central District of Illinois, Rock Island Division, entered in this action on March 9, 2018 (Doc. No. 121) and March 13, 2018 (Doc. No. 122), respectively, dismissing plaintiff-appellant's complaint. Plaintiff Christopher Coleman also appeals from all other orders made appealable by entry of final judgment.

By this appeal, Plaintiff Christopher Coleman will ask the Court of Appeals to reverse the judgment, orders, and rulings of the District Court and grant such other relief as he may be entitled to on this appeal.

RESPECTFULLY SUBMITTED,

**CHRISTOPHER COLEMAN**

BY: /s/ Elizabeth Mazur
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Arthur Loevy | Locke E. Bowman |
| Jon Loevy | RODERICK AND SOLANGE |
| Elizabeth Mazur | MACARTHUR JUSTICE CENTER |
| Elliot Slosar | Northwestern University School of Law |
| Sam Heppell | 375 E. Chicago Avenue |
| LOEVY & LOEVY | Chicago, Illinois 60611 |
| 311 N Aberdeen, 3rd Fl. | (312) 503-0844 |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| | J. Samuel Tenenbaum |
| | BLUHM LEGAL CLINIC |
| | Northwestern University School of Law |
| | 375 E. Chicago Avenue |
| | Chicago, Illinois 60611 |
| | (312) 503-8576 |

## CERTIFICATE OF SERVICE

I, Elizabeth Mazur, an attorney, certify that on April 5, 2018, I served Plaintiff's Notice of Appeal on all counsel of record via the ECF system.

/s/Elizabeth Mazur